UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>STEINWAY, INC., a Delaware Corporation; and Does 1-10,<br><br>　　Defendants, | Case No.: 3:21-cv-00382-MMC<br><br>**ORDER** VACATING ALL CURRENTLY SET DATES; DIRECTIONS TO PLAINTIFF |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. In the event a dismissal has not been filed by May 10, 2021, plaintiff shall, no later than May 10, 2021, file a status report.

**IT IS SO ORDERED.**

Dated: March 10, 2021

　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　HONORABLE MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge